## WINEGARDNER *v.* STATE OF INDIANA.

[No. 22,421.   Filed April 23, 1914.]

1. DISORDERLY HOUSE.—*Permitting Property to be Used for Immoral Purposes.—Affidavit.—Sufficiency.*—In a prosecution for permitting property to be used for immoral purposes in violation of §2357 Burns 1908, Acts 1905 p. 584, §460, an affidavit charging the offense in the language of the statute is sufficient.  p. 525.

2. INDICTMENT.—*Affidavit.—Sufficiency.—Venue.*—An affidavit in a criminal prosecution, the caption to which stated the proper state and county, alleging that "at and in the county of Madison, State of Indiana," the accused permitted "a certain house, in the city of Elwood, at and in the county and state," etc., sufficiently alleged the venue.  p. 526.

3. CRIMINAL LAW.—*Appeal.—Review.—Evidence.—Verdict.*—A verdict of conviction will not be disturbed on appeal on the ground of insufficient evidence, if there is evidence to support it, since the court does not weigh the evidence.  p. 526.

From Madison Circuit Court; *Charles K. Bagot,* Judge.

Prosecution by the State of Indiana against John Winegardner. From a judgment of conviction, the defendant appeals. *Affirmed.*

*Richard F. Broadbent, Barton H. Campbell* and *Elbert E. Kidwell;* for appellant.

*Thomas M. Honan,* Attorney-General, and *Thomas H. Branaman,* for the State.

SPENCER, J.—Appellant was convicted in the Madison Circuit Court of the offense of permitting his property to be used for immoral purposes, in violation of §2357 Burns 1914, Acts 1905 p. 584, §460. From this judgment this appeal is prosecuted.

The third count of the amended affidavit, which is questioned here, is as follows: "State of Indiana, Madison County, ss: Third Count. Said affiant further swears that as he is informed and believes, on the first day of January, 1912, at and in the county of Madison

and State of Indiana, one John Winegardner did then and there unlawfully permit a certain house, to wit: the second story of a brick building, number 118½ South Sixteenth Street on Lot — in the City of Elwood, at and in the county and state, which he had theretofore let to one Minnie Hart to be kept as a house of ill-fame and resorted to for the purpose of prostitution and lewdness; that the said John Winegardner then and there well knew that said house was to be kept as a house of ill-fame and as aforesaid, contrary", etc. Appellant challenges the ruling of the court on his motion to quash, insisting that the allegations therein are "to say the least, doubtful, uncertain, ambiguous, incomplete and defective." This sufficiently follows the language of the statute. One who knowingly permits a house, which he has let, to be so kept, commits the offense defined. If the words of a statute defining an offense are substantially followed, or equivalent words are used, it will be sufficient. *Lavelle* v. *State* (1894), 136 Ind. 233, 36 N. E. 135; *Hamilton* v. *State* (1895), 142 Ind. 276, 41 N. E. 588; *Skelton* v. *State* (1910), 173 Ind. 462, 89 N. E. 860, 90 N. E. 897.

Appellant contends that the allegation of venue is defective. The caption of the affidavit states the proper State and county and the body of the affidavit alleges "at and in the County of Madison, State of Indiana, * * * a certain house, in the City of Elwood, at and in the county and state * * *". This is sufficient. *Turpin* v. *State* (1881), 80 Ind. 148; *Long* v. *State* (1877), 56 Ind. 133; *Anderson* v. *State* (1885), 104 Ind. 467, 4 N. E. 63, 5 N. E. 711; *Hawkins* v. *State* (1894), 136 Ind. 630, 36 N. E. 419.

Appellant insists that the trial court erred in overruling his motion for a new trial, asserting that the verdict was not sustained by sufficient evidence. An examination of the evidence shows that there was evidence to support the verdict. It is not the province of this court

to weigh the evidence. *Hall* v. *State* (1912), 178 Ind. 478, 98 N. E. 712. There being no reversible error in the record, the judgment is affirmed.

NOTE.—Reported in 104 N. E. 969. See, also, under (1) 14 Cyc. 500; (2) 22 Cyc. 312; (3) 12 Cyc. 906.